KNICKERBOCKER COLLATERAL CORPORATION, Appellant, v. HENRY O'NEILL, Respondent.— In an action to recover money due and owing upon two bonds, order denying motion for an order striking out the answer and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

AUGUST LAUER, Appellant, v. THE BAYSIDE NATIONAL BANK and Others, Respondents.— On the court's own motion, the decision of this court handed down on May 24, 1935 [244 App. Div. 601], is hereby amended to read as follows: Order of Appellate Term affirming orders of the City Court of the City of New York, county of Queens, unanimously affirmed, with fifty dollars costs and disbursements. Opinion by Young, J. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOSEPHINE LENCKI and Another, Appellants, v. ALBERT F. ROWSOM, Respondent; JOSEPH J. HEILIG, Defendant.— Action by wife and husband for personal injuries and loss of services growing out of an automobile collision. Judgment for defendant Rowsom, entered on a verdict of the jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ANNA MANGAN, Plaintiff, v. NICHOLAS P. SUSSILLO, as President of Lieutenants' Benevolent Association, of the Police Department of the City of New York, Defendant.— Upon the agreed statement of facts, judgment unanimously directed for plaintiff, without costs. No opinion. Present — Lazansky, P. J. Hagarty, Scudder, Tompkins and Johnston, JJ.

ANGELINA MANNINA, Respondent, v. DOMINICK MANNINA, Defendant, and MARGHERITA MANNINA and Others, Appellants.— Order exonerating the appellants as bail from further liability accruing on and after March 11, 1935, modified by providing that such exoneration be without limitation, but on condition that appellants pay the plaintiff's costs and expenses incurred after the return of the execution against the person (Civ. Prac. Act, § 875), and as so modified affirmed, in so far as appealed from, without costs. We are of opinion that the surrender of the defendant was timely and exoneration of the bail was mandatory. (Civ. Prac. Act, §§ 865, 875.) Although the failure of the appellants to answer does not affect the timeliness of the surrender and they are entitled to an order of exoneration, whether or not that defense may be invoked is dependent upon the determination of an application to open the default, as to the merits of which this appeal is not concerned and as to which we express no opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.